UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

EUGENIA RACHOWIN,                           CASE NO.: 07-20444

       Plaintiff,

v.

NCL (BAHAMAS) LTD.d/b/a NCL and
NCL AMERICA,

       Defendants.
_____/

### MOTION FOR COURT TO ENTER ORDER OF DISMISSAL

    COMES NOW the Plaintiff, EUGENIA RACHOWIN, by and through her undersigned counsel, and files this Motion for Court to Enter Order of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) and states:

    1.    The parties have reached an agreement in principle to resolve this matter.

    2.    As a result of that agreement, the parties have agreed that this case may be dismissed with the court retaining jurisdiction to enforce the terms of the settlement.

    WHEREFORE, Plaintiff, EUGENE RACHOWIN, respectfully requests this Court to enter an Order of Dismissal with prejudice with the court retaining jurisdiction to enforce the terms of the settlement.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been forwarded via regular mail to counsel listed below on this 4th day of June, 2007.

Noah D. Silverman, Esq.
Maltzman Foreman, P.A.
One Biscayne Tower
2 South Biscayne Boulevard, # 2300
Miami, FL 33131-1803
(305) 358-6555
(305) 358-374-9077
*Counsel for Defendant*

**STEVEN R. SIMON, P.A.**

By:   s/Steven R. Simon
      Attorney E-Mail: steve@srspa.com
      Florida Bar No. 501808
      Steven R. Simon, P.A.
      Suntrust International Center
      One S.E. 3rd Avenue, Suite 2110
      Miami, FL 33131
      (305) 358-6033
      (305) 358-7822 (fax)
      *Counsel for Plaintiff*

Steven R. Simon, P.A. * SunTrust International Center * One S.E. Third Avenue, #2110 * Miami, FL 33131
Phone (305) 358-6033  *  Fax (305) 358-7822

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

EUGENIA RACHOWIN,                             CASE NO.: 07-20444

       Plaintiff,

v.

NCL (BAHAMAS) LTD.d/b/a NCL and
NCL AMERICA,

       Defendants.
_____/

## ORDER ON MOTION FOR COURT TO ENTER ORDER OF DISMISSAL

**THIS CAUSE HAVING** come before the Court on Plaintiff, EUGENIA RACHOWIN's Motion for Court to Enter Order of Dismissal, and being otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED**:

1. Said motion be and the same is hereby GRANTED. This case is dismissed with prejudice.

2. The court retains jurisdiction to enforce the terms of the settlement.

**DONE AND ORDERED** in chambers in U.S. District Court for the Southern District of Florida this _____ day of _____, 2007.

                                                    _____
                                                    U.S. DISTRICT COURT JUDGE

cc:   Noah D. Silverman, Esq.
       Steven R. Simon, Esq.

Steven R. Simon, P.A. * SunTrust International Center * One S.E. Third Avenue, #2110 * Miami, FL 33131
Phone (305) 358-6033  *  Fax (305) 358-7822

3